UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**IN RE:**

BRYAN W HANSEN
DEBRA K HANSEN
         Debtor(s)

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

**CASE NO. BKY 08-31067 DDO**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to American Publishers in the amount of $6.83, were unclaimed.

**CREDITOR:**
American Publishers
311 South Arlington Heights Rd.
Suite 10
Arlington Hgts, IL 60005-1956

**ACCOUNT NUMBER:**
109-5893

**CLAIM NUMBER:**
5

**AMOUNT:**
$6.83

**Jasmine Z. Keller, Trustee**

Dated: July 1, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee